IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EBONY LASHAWN NATTIEL,

     Appellant,

v.

DANTRELL L. WEBB,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4215

Opinion filed August 5, 2016.

An appeal from the Circuit Court for Alachua County.
Donna M Keim, Judge.

Cynthia Stump Swanson and Hoa Thuy Lee of Cynthia Stump Swanson, P.A., Gainesville, for Appellant.

Edith R. Richman, Archer, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.